IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00649-LTB-MEH

DAVID EARL ANTELOPE,

    Plaintiff,
v.

BUREAU OF PRISONS,
DR. POLLAND,
DR. KELLAR,
SUSAN BONFIGLIO, and
UNITED STATES OF AMERICA,

    Defendants.

---

# MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, August 8, 2008.**

    Defendants' Motion to Stay Discovery [Filed August 1, 2008; Docket #26] is **granted**. Defendants have raised the defenses of sovereign and qualified immunity in response to Plaintiff's claims and have filed a Motion to Dismiss based on these same defenses. The United States Supreme Court has reiterated that, because such immunity is not simply immunity from liability but also immunity from suit, discovery cannot proceed until the question of immunity is resolved. *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982) ("Until this threshold immunity question is resolved, discovery should not be allowed"). Thus, discovery must be stayed pending the resolution of Defendants' Motion to Dismiss.

    Discovery in this case is hereby stayed, and the Final Pretrial Conference set for February 13, 2009 at 9:30 a.m. is **vacated**. The Court will reset the conference and discovery deadlines, if necessary, after the resolution of Defendants' Motion to Dismiss.

    IT IS FURTHER ORDERED that Defendants shall file a status report within five business days after receiving a ruling on the Motion to Dismiss.

    IT IS FURTHER ORDERED that Plaintiff shall respond to Defendants' Motion to Dismiss on or before **August 18, 2008**.