IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00649-LTB-MEH

DAVID EARL ANTELOPE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS,
J. M. WILNER,
DR. POLLAND,
DR. KELLAR, and
SUSAN BONFIGLIO,

    Defendants.

## RECOMMENDATION ON DEFENDANTS' MOTION TO DISMISS

**Michael E. Hegarty, United States Magistrate Judge.**

Pending before the Court is Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and (6) ("Motion") [filed July 23, 2008; docket #24]. Pursuant to 28 U.S.C. § 636(b)(1)(A) and D.C. Colo. L.Civ.R 72.1.C, the Motion has been referred to this Court for recommendation. In light of Plaintiff's First Amended Complaint [filed August 26, 2008; docket #34] filed pursuant to Fed. R. Civ. P. 15(a)(1), the Court recommends that the Motion be **denied as moot**. Defendants shall respond to the First Amended Complaint as provided for by Fed. R. Civ. P. 15(a)(3).

Dated this 28th day of August, 2008, in Denver, Colorado.

                                      BY THE COURT:

                                      s/Michael E. Hegarty
                                      Michael E. Hegarty

United States Magistrate Judge