**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00649-LTB-MEH

DAVID EARL ANTELOPE,

      Plaintiff,

v.

BUREAU OF PRISONS,
DR. POLLAND,
DR. KELLAR, and
SUSAN BONFIGLIO,

      Defendants.

---

**ORDER**

---

Upon the Recommendation of the Magistrate Judge (Doc 35 - filed August 28, 2008), it is

ORDERED that the Recommendation is ACCEPTED and Defendants' Motion to Dismiss (Doc 24) is DENIED AS MOOT.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED: September 2, 2008