IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00649-LTB-MEH

DAVID EARL ANTELOPE,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS,
J.M. WILNER,
DR. POLLAND,
DR. KELLAR, and
SUSAN BONFIGLIO,

      Defendants.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 10, 2008.**

Plaintiff's Motion for an Order for an Independant (sic) Medical Examination. (sic) and Declaration of David Earl Antelope [filed November 6, 2008; docket #53] is **denied**.  Fed. R. Civ. P. 35 provides that a court "may order a party . . . to submit to a physical or mental examination." Here, Plaintiff is volunteering to submit to an examination; thus, no order is necessary.

Furthermore, the use of Rule 35 to obtain medical care and treatment or to complain of deliberate indifference to medical needs is improper.  *See Green v. Branson*, 108 F.3d 1296, 1304 (10th Cir. 1997).  Plaintiff's Motion indicates his primary purpose is to obtain mental health care, therefore his Motion is properly denied.