IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00649-LTB-MEH

DAVID EARL ANTELOPE,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
J.M. WILNER,
DR. POLLAND,
DR. KELLAR, and
SUSAN BONFIGLIO,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 30, 2009.**

      Plaintiff's Motion to Discovery and Protection from Further Injury [filed April 28, 2009; docket #100] is **denied**. Pursuant to this Court's order issued April 16, 2009, discovery in this matter is stayed pending the adjudication of Defendants' Partial Motion to Dismiss. (Docket #96.) To the extent the Plaintiff seeks this Motion to act as an Amended Complaint, Plaintiff must submit such request pursuant to Fed. R. Civ. P. 15.