IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00649-LTB-MEH

DAVID EARL ANTELOPE,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
J.M. WILNER,
DR. POLLAND,
DR. KELLAR, and
SUSAN BONFIGLIO,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 7, 2009.**

    Pending before the Court is Plaintiff's Request Pursuant to Federal Rules Civil Procedure 15. [sic] To File Amended Complaint [filed May 6, 2009; docket #106]. In light of Plaintiff's actual articulated request within the motion, the Court construes this motion as a request for forms. Accordingly, Plaintiff's Request is **granted**. The Clerk of Court is directed to mail the appropriate forms to Plaintiff as requested.

    The Court emphasizes to the parties that this minute order does not grant permission to Plaintiff to file a Third Amended Complaint, but simply addresses Plaintiff's request for forms.