**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 08-cv-00649-LTB-MEH

DAVID EARL ANTELOPE,

      Plaintiff,

v.

UNITED STATES OF AMERICA, and
DR. KELLER, Medical Provider,

      Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendants' Motion to Stay Proceedings Pending Plaintiff's Appeal (Doc 133 - filed September 10, 2009) is **GRANTED**.

Dated:   September 11, 2009
_____