IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00649-LTB-MEH

DAVID EARL ANTELOPE,

    Plaintiff,

v.

DR. KELLAR, and
UNITED STATES OF AMERICA,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 25, 2010.**

    Plaintiff's "Motion for Default Judgement [sic] Pursuant to Civil-Action Filed with the Process in Federal Law" [filed August 23, 2010; docket #155] is **denied without prejudice** as follows. To the extent Plaintiff seeks default judgment, Fed. R. Civ. P. 55(a) provides that the Clerk of Court must first enter a party's default before the Court may consider imposing a default judgment. The Clerk of Court has not entered default in this matter as to either defendant. To the extent Plaintiff seeks a response to any discovery requests, Plaintiff must comply with Fed. R. Civ. P. 37(a) and D.C. Colo. LCivR 37.1 if he re-submits this request in the form of a motion to compel.