# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00649-LTB-MEH

DAVID EARL ANTELOPE,

    Plaintiff,

v.

UNITED STATES OF AMERICA, and
DR. KELLAR,

    Defendants.

___

# ORDER
___

This case is before me on the recommendation of the Magistrate Judge issued and served on March 21, 2011 (Doc 169). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and Defendants' Motion for Summary Judgment (Doc 159) is **GRANTED** and Plaintiff's Second Amended Complaint is DISMISSED WITH PREJUDICE in its entirety.

                                            BY THE COURT:

                                              s/Lewis T. Babcock
                                            Lewis T. Babcock, Judge

DATED:  April 6, 2011